UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD BURKE,

    Plaintiff,

vs                                            Case No: 13-13824
                                               Honorable Victoria A. Roberts

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 23, 2014, Magistrate Judge Morris issued a Report and Recommendation [Doc.13], recommending that Defendant's Motion for Summary Judgment [Doc. 12] be granted and Plaintiff's Motion for Summary Judgement [Doc. 11] be denied. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation. Defendant's Motion is **GRANTED** and Plaintiff's Motion is **DENIED**.

Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                                                   S/Victoria A. Roberts
                                                   Victoria A. Roberts
                                                   United States District Judge

Dated: October 30, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 30, 2014.

s/Linda Vertriest
Deputy Clerk